| **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER**<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS** | **DEFENDANTS** |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor     ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor     ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

(L.F. 18 Rev. 06/08)

| **BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES** | | |
|---|---|---|
| NAME OF DEBTOR | BANKRUPTCY CASE NO. | |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|
| |

| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |
|---|---|
| | |

### INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet. When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

**Schedule 1**

**LIST OF DEFENDANTS**

ABERDEEN LOAN FUNDING LTD
AGF FLOATING RATE INCOME FUND
AIMCO CLO SERIES 2006 A
AIMCO CLO SERIES 2014 A
ALLSTATE INSURANCE COMPANY
ALLSTATE LIFE INSURANCE COMPANY
AMERICAN HONDA MASTER RETIREMENT TRUST
ARCHVIEW ERISA MASTER FUND LTD.
ARCHVIEW FUND L.P.
ARCHVIEW MASTER FUND LTD.
BABSON CAPITAL MANAGEMENT LLC
BANDERA STRATEGIC CREDIT PARTNERS I, L.P.
BLACKSTONE ALTERNATIVE MULTI-STRATEGY SUBFUND IV L.L.C.
CASPIAN FOCUSED CREDIT FUND, L.P.
CASPIAN FOCUSED OPPORTUNITIES FUND, L.P.
CASPIAN HLSC1, LLC
CASPIAN SC HOLDINGS, L.P.
CASPIAN SELECT CREDIT MASTER FUND, LTD.
CASPIAN SOLITUDE MASTER FUND, L.P.
CASPIAN THEMATIC CREDIT FUND LP
CENT CDO 12 LIMITED
CENT CDO 14 LIMITED
CENT CDO 15 LIMITED
CENT CDO XI LIMITED
CENT CLO 16, L.P.
CENT CLO 17 LIMITED
CENT CLO 18 LIMITED
CENT CLO 19 LIMITED
CENT CLO 20 LIMITED
CENT CLO 21 LIMITED
CENT CLO 22 LIMITED
COLUMBIA FLOATING RATE FUND
DAVINCI REINSURANCE LTD
DIVERSIFIED FIXED INCOME PORTFOLIO
DUANE STREET CLO IV LTD
EASTLAND CLO LTD
EATON VANCE CDO VIII LTD
EATON VANCE CLO 2013-1 LTD
EATON VANCE CLO 2014-1 LTD
EATON VANCE FLOATING RATE INCOME PLUS FUND
EATON VANCE FLOATING RATE INCOME TRUST
EATON VANCE FLOATING RATE PORTFOLIO
EATON VANCE INSTITUTIONAL SENIOR LOAN FUND
EATON VANCE INTERNATIONAL (CAYMAN ISLANDS) FLOATING-RATE INCOME
    PORTFOLIO
EATON VANCE LIMITED DURATION INCOME FUND
EATON VANCE SENIOR FLOATING-RATE TRUST
EATON VANCE SENIOR INCOME TRUST
EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND
EATON VANCE VT FLOATING-RATE INCOME FUND
FUND OF UMC BENEFIT BOARD INC.

GC ADVISORS LLC
GOLDENTREE 2004 TRUST
GOLDENTREE INSURANCE FUND SERIES INTERESTS OF THE SALI MULTI-SERIES FUND LP
GOOGLE INC. BY EATON VANCE
GRAYSON CLO LTD
GREENBRIAR CLO LTD
HARTFORD MULTI-ASSET INCOME FUND
HIGHLAND FLOATING RATE OPPORTUNITIES FUND
HIGHLAND GLOBAL ALLOCATION FUND
HIGHLAND IBOXX SENIOR LOAN ETF
HIGHLAND LOAN MASTER FUND, L.P.
JOHN HANCOCK FUNDS II INVESTMENT QUALITY BOND FUND
JOHN HANCOCK VARIABLE INSURANCE TRUST INVESTMENT QUALITY BOND TRUST
LONGHORN CREDIT FUNDING LLC
MARATHON ASSET MANAGEMENT LP
MARINER LDC;
MET INVESTORS SERIES TRUST MET/EATON VANCE FLOATING RATE PORTFOLIO
METROPOLITAN SERIES FUND WMC BALANCED PORTFOLIO
OAK HILL ADVISORS, L.P.
OAKTREE OPPORTUNITIES FUND IX DELAWARE, L.P.
OCP CLO 2012-2, LTD.
OCP CLO 2013-3, LTD.
OCP CLO 2013-4, LTD.
OCP CLO 2014-5, LTD.
OCP CLO 2014-6, LTD.
OCP CLO 2014-7, LTD.
ONEX DEBT OPPORTUNITY FUND, LTD.
ONEX SENIOR CREDIT FUND, L.P.
ONEX SENIOR CREDIT II, LP
PACIFIC SELECT FUND FLOATING RATE LOAN PORTFOLIO BY EATON VANCE
PF FLOATING RATE LOAN FUND
REGATTA FUNDING LTD
REGATTA II FUNDING LP
REGATTA III FUNDING LTD.
REGATTA IV FUNDING LTD.
RENAISSANCE REINSURANCE LTD
SENIOR DEBT PORTFOLIO
RIVERSOURCE LIFE INSURANCE COMPANY
ROCKWALL CDO II LTD
SAFETY INSURANCE COMPANY
STRATFORD CLO LTD
SUNAMERICA SENIOR FLOATING RATE FUND INC.
SUPER CASPIAN CAYMAN FUND LIMITED
TENNENBAUM OPPORTUNITIES FUND VI LLC
TENNENBAUM SPECIAL SITUATIONS FUND IX, LLC
TENNENBAUM SPECIAL SITUATIONS FUND IX-O, L.P.
THE HARTFORD FLOATING RATE FUND
THE HARTFORD FLOATING RATE HIGH INCOME FUND
THE HARTFORD STATEGIC INCOME FUND
THE HARTFORD TOTAL RETURN BOND FUND
THE HARTFORD TOTAL RETURN BOND HLS FUND

THE HARTFORD UNCONSTRAINED BOND FUND
TPF, L.P.
TRILOGY PORTFOLIO COMPANY
VANGUARD HIGH YIELD CORPORATE FUND
VANGUARD VARIABLE INSURANCE FUND – HIGH YIELD BOND PORTFOLIO
WELLINGTON MANAGEMENT PORTFOLIOS (LUXEMBOURG) IV SICAV – FIS – MULTI-SECTOR CREDIT PORTFOLIO
WELLINGTON TRUST COMPANY, NATIONAL ASSOCIATION MULTIPLE COLLECTIVE INVESTMENT FUNDS TRUST II, CORE BOND PLUS/HIGH YIELD BOND PORTFOLIO
WELLINGTON TRUST COMPANY, NATIONAL ASSOCIATION MULTIPLE COLLECTIVE INVESTMENT FUNDS TRUST II, MULTI SECTOR CREDIT PORTFOLIO
WELLINGTON TRUST COMPANY, NATIONAL ASSOCIATION MULTIPLE COMMON TRUST FUNDS TRUST OPPORTUNISTIC FIXED INCOME ALLOCATION PORTFOLIO
WELLINGTON TRUST COMPANY, NATIONAL ASSOCIATION MULTIPLE COMMON TRUST FUNDS TRUST, CORE BOND PLUS/HIGH YIELD BOND PORTFOLIO
WESTCHESTER CLO LTD
WHITEBOX CREDIT PARTNERS L.P.
WHITEBOX MULTI-STRATEGY PARTNERS L.P.
WHITEBOX RELATIVE VALUE PARTNERS L.P.
WORKERS COMPENSATION FUND
JOHN DOES 1-50

**Schedule 2**

## LIST OF DEBTORS

ACI Terminal, LLC
Allegheny Land Company
Apogee Holdco, Inc.
Arch Coal, Inc.
Arch Coal Sales Company, Inc.
Arch Coal West, LLC
Arch Development, LLC
Arch Energy Resources, LLC
Arch Reclamation Services, Inc.
Arch Western Acquisition Corporation
Arch Western Acquisition, LLC
Arch Western Bituminous Group, LLC
Arch Western Finance LLC
Arch Western Resources, LLC
Arch of Wyoming, LLC
Ark Land Company
Ark Land KH, Inc.
Ark Land LT, Inc.
Ark Land WR, Inc.
Ashland Terminal, Inc.
Bronco Mining Company, Inc.
Catenary Coal Holdings, Inc.
Catenary HoldCo, Inc.
Coal-Mac, Inc.
CoalQuest Development LLC
Cumberland River Coal Company
Energy Development Co.
Hawthorne Coal Company, Inc.
Hobet Holdco, Inc.
Hunter Ridge, Inc.
Hunter Ridge Coal Company
Hunter Ridge Holdings, Inc.
ICG, Inc.
ICG, LLC
ICG Beckley, LLC
ICG East Kentucky, LLC
ICG Eastern, LLC
ICG Eastern Land, LLC
ICG Illinois, LLC
ICG Knott County, LLC
ICG Natural Resources, LLC
ICG Tygart Valley, LLC

1

International Coal Group, Inc.
Jacobs Ranch Coal LLC
Jacobs Ranch Holdings I LLC
Jacobs Ranch Holdings II LLC
Juliana Mining Company, Inc.
King Knob Coal Co., Inc.
Lone Mountain Processing, Inc.
Marine Coal Sales Company
Melrose Coal Company, Inc.
Mingo Logan Coal Company
Mountain Coal Company, L.L.C.
Mountain Gem Land, Inc.
Mountain Mining, Inc.
Mountaineer Land Company
Otter Creek Coal, LLC
Patriot Mining Company, Inc.
P.C. Holding, Inc.
Powell Mountain Energy, LLC
Prairie Coal Company, LLC
Prairie Holdings, Inc.
Saddleback Hills Coal Company
Shelby Run Mining Company, LLC
Simba Group, Inc.
Thunder Basin Coal Company, L.L.C.
Triton Coal Company, L.L.C.
Upshur Property, Inc.
Vindex Energy Corporation
Western Energy Resources, Inc.
White Wolf Energy, Inc.
Wolf Run Mining Company