**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>ARCH COAL, INC., *et al.*,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 16-40120-705 |
| BUCKS FUNDING LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ABERDEEN LOAN FUNDING LTD, *et al.*,<br><br>Defendants. | **ADVERSARY PROCEEDING NO. 16-04072-705 #1** |

**ORDER DISMISSING ADVERSARY PROCEEDING**

This matter having come before the Court, and for good cause shown,

**IT IS ORDERED**:

In light of the previously confirmed Chapter 11 Plan of Reorganization (including Section 11.13) and this Court's order confirming the Plan (Dkt.#1334) (including Paragraphs 26 and 36), this adversary proceeding is hereby dismissed as withdrawn and moot.

DATED: January 25, 2017
St. Louis, Missouri 63102
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

**Order Prepared By:**

Gregory D. Willard, #30192MO
Doster, Ullom & Boyle, LLC
16090 Swingley Ridge Rd., Suite 620
St. Louis, Missouri 63017

Copy Mailed To:

**Joshua Sean Bolian**
1801 K Street, N.W.
Suite 411L
Washington, DC 20006

**Ira S Dizengoff**
One Bryant Park
New York, NY 10036

**Stephanie L Gal**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**Ariel N. Lavinbuk**
Robbins Russell Englert Orseck, et al.
1801 K Street, N.W.
Suite 411L
Washington, DC 20006

**Joy D McMillen**
Doster Ullom, LLC
16090 Swingley Ridge Road
Suite 620
Chesterfield, MO 63017

**Deborah J Newman**
One Bryant Park
New York, NY 10036

**Sean E O'Donnell**
One Bryant Park
New York, NY 10036

**Lawrence S. Robbins**
1801 K Street N. W.
Suite 411L
Washington, DC 20006